### TEXAS & P. R. CO. v. CAU.

(Circuit Court of Appeals, Fifth Circuit. March 10, 1903.)

On Rehearing.

For former opinion, see 120 Fed. 15.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We find nothing in the reasons presented for a rehearing to make us doubt the correctness of the decision heretofore rendered, and the rehearing is denied.